## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re: Stephen S. Gray, Plan Administrator of Dehon, Inc. v. University of Texas at Austin

Chapter 11

Adversary Proceeding 04−04161

Judge Henry J. Boroff

### CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

**05-40131** JLT

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **04−4161 Stephen S. Gray v. University of Texas at Austin** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 8th DAY OF AUGUST .

Date:8/8/05



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Sheila Smith

Deputy Clerk
(508) 770− 8910

---

Receipt of the documents in the above−entitled case as described in the Designation of Record is hereby acknowledged this ___ day of _August_ _____ , _2005_ .

This case has been assigned No. _05-40131 JLT_ .

_Kathleen O'Neill_
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | CASE NO. 02-41045 (HJB) |
| DEHON, INC. | § | Chapter 11 |
| | § | |
| Debtors | § | (Substantively Consolidated) |

| | | |
|---|---|---|
| | § | |
| STEPHEN S. GRAY, | § | Adv. No. 04-04161-HJB |
| AS PLAN ADMINISTRATOR OF, | § | |
| DEHON, INC. | § | |
| Plaintiff | § | |
| | § | **05-40131** |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN | § | |
| Defendant | § | |

## NOTICE OF APPEAL

The University of Texas at Austin, appearing through the Office of the Texas Attorney General, under 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, hereby appeals the Bankruptcy Court's order entered June 27, 2005 (Docket No. 20), which denied The University of Texas at Austin's motion to dismiss adversary proceeding. The order denying a motion to dismiss, if the motion is based on the 11th Amendment to the United States Constitution, is immediately appealable under the collateral order doctrine, *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 143, 113 S.Ct. 684, 687, 121 L.Ed. 2d 605 (1993), and jurisdiction is granted by 28 U.S.C. § 158(a)(1), *In re Value-Added Communications*, Inc., 216 B.R. 772, 774 (N.D. Tex. 1997).

The names of all parties to this appeal and the names, addresses and telephone numbers of the respective attorneys are as follows:

1.     The University of Texas at Austin:

      John Mark Stern
      Assistant Attorney General
      Office of the Attorney General of Texas
      Bankruptcy & Collections Division
      P. O. Box 12548
      Austin, Texas 78711-2548
      (512) 463-2173

2.     Stephen S. Gray, Plan Administrator for Dehon, Inc.:

      Douglas B. Rosner
      Neil V. McKittrick
      Christian J. Urbano
      GOULSTON & STORRS, P.C.
      400 Atlantic Avenue
      Boston, MA 02110-3333
      (617) 482-1776

      The names of other interested parties to this Appeal and the names, addresses and telephone numbers of their respective attorneys are as follows:

3.     The Office of the United States Trustee

      Richard T. King
      Assistant U.S. Trustee
      446 Main St., 14th Floor
      Worcester, MA 01608
      (508) 793-0555

4.     The Office of United States Attorney General

      The Honorable Alberto Gonzales
      Department of Justice
      950 Pennsylvania, N. W.
      Washington, D. C. 20530-0001
      (202) 353-1555

Dated: July 7, 2005

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division


/s/    John Mark Stern (7/7/05)
JOHN MARK STERN
Assistant Attorney General
State Bar No. 19175662

Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4868/Fax #: (512) 482-8341
John.Stern@oag.state.tx.us

ATTORNEYS FOR THE UNIVERSITY OF TEXAS
AT AUSTIN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | CASE NO. 02-41045 (HJB) |
| DEHON, INC. | § | Chapter 11 |
| | § | |
| | § | (Substantively Consolidated) |
| Debtors | § | |

| | | |
|---|---|---|
| | § | |
| STEPHEN S. GRAY, | § | Adv. No. 04-04161-HJB |
| AS PLAN ADMINISTRATOR OF, | § | |
| DEHON, INC. | § | **05-40131 A** |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN | § | |
| Defendant | § | |

## NOTICE OF ELECTION TO PROCEED TO
## UNITED STATES DISTRICT COURT

The University of Texas at Austin, appearing through the Office of the Texas Attorney

General, has appealed the Bankruptcy Court's order entered June 27, 2005, which denied The

University of Texas at Austin's motion to this dismiss adversary proceeding. The University of

Texas at Austin elects to have the appeal heard by the United States District Court for the District

of Massachusetts under 28 U.S.C. § 158(c)(1).

Dated: July 7, 2005

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/   John Mark Stern (7/7/05)
JOHN MARK STERN
Assistant Attorney General
State Bar No. 19175662
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4868/Fax #: (512) 482-8341
John.Stern@oag.state.tx.us

ATTORNEYS FOR THE UNIVERSITY OF TEXAS
AT AUSTIN

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice was served electronically and/or by first class mail, postage prepaid on the parties listed below on this 7th day of July, 2005.

Attorneys for Plan Administrator:

Douglas B. Rosner
Neil V. McKittrick
Christian J. Urbano
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

United States Trustee:

Richard T. King
Assistant U.S. Trustee
446 Main St., 14th Floor
Worcester, MA 01608

The Office of United States Attorney General:

The Honorable Alberto Gonzales
Department of Justice
950 Pennsylvania, N. W.
Washington, D. C. 20530-0001

/s/ John Mark Stern   (7/7/05)
JOHN MARK STERN

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | CASE NO. 02-41045 (HJB) |
| DEHON, INC. | § § | Chapter 11 |
| Debtors | § | (Substantively Consolidated) |

| | | |
|---|---|---|
| STEPHEN S. GRAY, AS PLAN ADMINISTRATOR OF, DEHON, INC. | § § § § | Adv. No. 04-04161-HJB |
| Appellee | § § | **05-40131** |
| v. | § § | |
| UNIVERSITY OF TEXAS AT AUSTIN | § § | |
| Appellant | § | |

## APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

The University of Texas at Austin, pursuant to Federal Rule of Bankruptcy Procedure 8006,

files this designation of the items to be included in the record on appeal and statement of issues on

appeal:

### Appellant's Designation of Items to be Included in the Record

| Filing Date | Docket No. | Item |
|---|---|---|
| 01/29/2004 | 1 | Complaint by Stephen S. Gray, Plan Administrator of Dehon, Inc. against University of Texas at Austin. (Entered: 01/29/2004) |
| 05/12/2004 | 5 | Motion to Dismiss Case Filed by Defendant University of Texas at Austin. (Entered: 05/18/2004) |

| 10/18/2004 | 10 | Opposition by Plaintiff Stephen S. Gray, Plan Administrator of Dehon, Inc. to 5 Motion to Dismiss Case Filed by Defendant University of Texas at Austin. (Entered: 10/18/2004) |
|---|---|---|
| 10/22/2004 | 11 | Response by Defendant University of Texas at Austin Re: 10 Opposition by Plaintiff Stephen S. Gray, Plan Administrator of Dehon, Inc. to 5 Motion to Dismiss Case Filed by Defendant University of Texas at Austin. (Entered: 10/22/2004) |
| 10/26/2004 | 12 | Order dated 10/26/04 Regarding 5 Motion to Dismiss Case Filed by Defendant University of Texas at Austin. Taken under Advisement. Deadline for Further Response by the Defendant Is 11/30/04, Deadline for Reply by the Plaintiff Is 12/31/04. (Entered: 10/27/2004) |
| 11/30/2004 | 13 | Supplemental Response by Defendant University of Texas at Austin Re: 10 Opposition by Plaintiff Stephen S. Gray, Plan Administrator of Dehon, Inc. to 5 Motion to Dismiss Case Filed by Defendant University of Texas at Austin.  (Entered: 11/30/2004) |
| 01/14/2005 | 16 | Response: The Plan Administrator's Surreply in Opposition to Defendant University of Texas at Austin's Motion to Dismiss Complaint by Plaintiff Stephen S. Gray, Plan Administrator of Dehon, Inc. (Entered: 01/14/2005) |
| 06/27/2005 | 19 | Memorandum of Decision dated 6/27/05 Issued RE: 5 Defendant, The University of Texas at Austin's Motion to Dismiss Complaint. (Entered: 06/27/2005) |
| 06/27/2005 | 20 | Order dated 6/27/05 Denying 5 Defendant, The University of Texas at Austin's Motion to Dismiss Complaint. (Entered: 06/27/2005) |
| 07/07/2005 | 23 | Notice of Appeal Filed by Defendant University of Texas at Austin (RE: 20 Order). (Entered: 07/07/2005) |
| 07/07/2005 | 25 | Election of Appeal to District Court Filed by Defendant University of Texas at Austin (RE: 23 Notice of Appeal). (Entered: 07/07/2005) |
| 07/07/2005 | 26 | Notice of Filing Appeal to District Court RE: 23 Notice of Appeal Filed by Defendant University of Texas at Austin (RE: 20 Order). (Entered: 07/07/2005) |

| | | Transcript of Hearing Held On October 26, 2004 Re: Adversary Proceedings (04-4036, 04-4040, 04-4161) Motion Of Defendants To Dismiss Case. (Filed in Main Bankruptcy Case No. 02-41045; Docket No. 2289) |
|---|---|---|

### *Appellant's Statement of Issue on Appeal*

Whether the Bankruptcy Court erred in determining that the Article I Bankruptcy Clause,

U.S. Const. art. I, § 8, cl. 4, allows Congress to abrogate a state's sovereign immunity

notwithstanding the Eleventh Amendment to the United States Constitution?

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/   John Mark Stern (7/18/05)
JOHN MARK STERN
Assistant Attorney General
State Bar No. 19175662
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4868/Fax #: (512) 482-8341
John.Stern@oag.state.tx.us

ATTORNEYS FOR THE UNIVERSITY OF TEXAS
AT AUSTIN

Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice was served electronically and/or by first class mail, postage prepaid on the parties listed below on this 18th day of July, 2005.

Attorneys for Plan Administrator:

Douglas B. Rosner
Neil V. McKittrick
Christian J. Urbano
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

United States Trustee:

Richard T. King
Assistant U.S. Trustee
446 Main St., 14th Floor
Worcester, MA 01608

The Office of United States Attorney General:

The Honorable Alberto Gonzales
Department of Justice
950 Pennsylvania, N. W.
Washington, D. C. 20530-0001

/s/ John Mark Stern   (7/18/05)
JOHN MARK STERN

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:  Stephen S. Gray, Plan Administrator of Dehon, Inc. v.
University of Texas at Austin

Chapter 11

Adversary Proceeding 04–04161
Judge Henry J. Boroff

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

# 05-40131

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **JULY 7, 2005** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

1. Notice of Appeal, or
2. Entry of an Order granting leave to appeal, or
3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty–five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:7/7/05

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Yingmay Steele
Deputy Clerk
(508) 770– 8963

