## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 University of Texas at Austin

                                      **BANKRUPTCY APPEAL**
                                        **CIVIL ACTION NO.  05-40131 JLT**

       **v.**

 Stephen S. Gray, Plan Administrator

### O R D E R

      **Tauro,  D. J.**

      A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on  August 8, 2005,

      IT IS HEREBY ORDERED that the Appellant file and serve his brief by September 30, 2005. The Appellee may file and serve his reply brief by  October 31, 2005 .  The Appellant may file and serve the reply brief by November 16, 2005 .

      Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

                                     **By the Court,**

 August 15, 2005                          /s/ Kimberly M. Abaid
       **Date**                                 **Deputy Clerk**