UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITY OF TEXAS AT AUSTIN<br>Appellant<br><br>v.<br><br>STEPHEN S. GRAY,<br>PLAN ADMINISTRATOR<br>Appellee | § § § § § § § § § § |

BANKRUPTCY APPEAL
CIVIL ACTION NO. 05-40131 JLT

## DISMISSAL OF APPEAL BY AGREEMENT

The University of Texas at Austin ("Appellant") and Stephen S. Gray, Plan Administrator, ("Appellee") move for dismissal of this bankruptcy appeal with prejudice and stipulate as follows:

1. This appeal was docketed on August 8, 2005. On September 28, 2005, this Court granted the parties' Joint Motion to Abate Appellate Briefing Schedule pending the United States Supreme Court's decision in *Central Virginia Community College v. Katz*, 106 Fed. Appx. 341 (6th Cir. 2004).

2. The Supreme Court issued its opinion in *Katz* on January, 23, 2006. The parties agree that the *Katz* decision resolves the legal issues that were the subject of this appeal. Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the parties have agreed that dismissal of this appeal with prejudice is appropriate.

Wherefore, the parties request that the Court enter an order dismissing this appeal with prejudice.

DISMISSAL OF APPEAL BY AGREEMENT - CIVIL ACTION NO. 05-40131 JLT

Dated: 1/31/06

*(signature)*
PETER BILOWZ
Id No. 651383
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel.: (617) 482-1776
COUNSEL TO THE PLAN
ADMINISTRATOR

*(signature)*
JOHN MARK STERN
Assistant Attorney General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4868/Fax #: (512) 482-8341
John.Stern@oag.state.tx.us

ATTORNEY FOR THE UNIVERSITY OF
TEXAS AT AUSTIN